# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| EPHRAIM CHEAPOO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> Warden, ETOWAH COUNTY ) <br> DETENTION CENTER, et al., ) <br> ) <br> Respondents. | Case No. <br> 4:19-cv-01577-ACA-HNJ |

## MEMORANDUM OPINION

In this 28 U.S.C. § 2241 action, Petitioner Ephraim Cheapoo challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States. (Doc. 1). On October 18, 2019, the magistrate judge entered a report in which he recommended that the court grant Respondents' motion to dismiss this action as moot because Mr. Cheapoo has been removed from the United States. (Doc. 7). The magistrate judge notified Mr. Cheapoo of his right to file specific written objections within 14 days, but the court has not received any objections to the report and recommendation. (Doc. 7 at 2).

After careful consideration of the record in this case, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with the recommendation, the court **WILL GRANT** Respondents'

motion and **WILL DISMISS** this case as moot. The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this November 7, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE